1

2

3

4

5                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                    AT TACOMA

7    JOSE ALVAREZ-ABREGO,

8                              Petitioner,          NO. C10-5543 RBL/KLS

9         v.                                        ORDER FOR EXTENSION OF TIME
                                                    TO FILE ANSWER TO HABEAS
10   JEFF UTTECHT,                                  PETITION

11                             Respondent.

12            Before the court is Respondent's Motion for Extension, seeking a 45-day extension of

13   time in which to file his answer to Petitioner's habeas corpus petition, which is currently due

14   on October 29, 2010.  ECF No. 17.  Respondent's counsel is concurrently involved in a

15   capital case and seeks the extension to review the record and adequately respond to the issues

16   raised by Petitioner in this case.  *Id.*  Although the motion was noted for October 29, 2010, the

17   court finds the basis for the request to be reasonable.

18            Accordingly, it is **ORDERED:**

19            (1)      Respondent's motion (ECF No. 17) is **GRANTED**.

20            (2)      Respondent shall file his answer on or before **December 13, 2010.**

21            (3)      The clerk is directed to send copies of this Order to Petitioner and to counsel

22   for Respondent.

23            DATED this   25th  day of October, 2010.

24

25                                                  Karen L. Strombom
                                                    United States Magistrate Judge
26

ORDER - 1