# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSE ALVAREZ-ABREGO,

               v.

JEFF UTTECHT,

JUDGMENT IN A CIVIL CASE

No. C10-5543 RBL/KLS

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's writ of habeas corpus (ECF No. 7) is **Denied** and this action is **DISMISSED WITH PREJUDICE**.

(3) The Court declines to issue a Certificate of Appealability because Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).


     February 7, 2011                                    WILLIAM M. McCOOL
             Date                                                       Clerk

                                                               *s/ Mary Trent*
                                                                Deputy Clerk